```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

GREATER ST. LOUIS CONSTRUCTION  )
LABORERS WELFARE FUND, et al.,  )
                                )
            Plaintiffs,         )
                                )
      vs.                       )      No. 4:06-CV-560 (CEJ)
                                )
LINDA'S CLEANING SERVICES,      )
an administratively dissolved   )
Missouri corporation, and       )
LINDA D. TROECKLER, an          )
individual d/b/a as Linda's     )
Cleaning Services, Inc.,        )
                                )
            Defendants.         )

## ORDER

On November 10, 2006, defendant Linda Troeckler d/b/a Linda's Cleaning Service filed a petition in bankruptcy under Chapter 13, staying this action.

The Court will direct the Clerk of Court to administratively close this case. However, the Court will retain jurisdiction so as to permit a party to move to re-open the case upon conclusion of the bankruptcy proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall administratively close this case.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to permit a party to move to re-open the case. Any motion to re-open the case must be filed not later than thirty (30) days after conclusion of the bankruptcy proceedings.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 5th day of January, 2007.